**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**SOLOMON S. KENNEDY**                                                                 **PLAINTIFF**

v.                                                                               **No. 4:07CV125-P-B**

**CHRISTOPHER EPPS, ET AL.**                                            **DEFENDANTS**

## ORDER OF DISMISSAL

The court takes up, *sua sponte*, the dismissal of this cause. On August 7, 2007, the court entered an order requiring the plaintiff to complete and return the *in forma pauperis* application, authorization, and certificate so that the court may expeditiously administer this case. The order cautioned the plaintiff that failure to comply with the requirements of this order may lead to the dismissal of his lawsuit . Despite this warning, the plaintiff has failed to comply with the court's order, and the deadline for compliance passed on August 27, 2007. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under FED. R. CIV. P. 41(b).

**SO ORDERED,** this the 9th day of October, 2007.

                                                                           /s/ W. Allen Pepper, Jr.
                                                                           W. ALLEN PEPPER, JR.
                                                                           UNITED STATES DISTRICT JUDGE